AMY M. SAMBERG, State Bar No. 013874
amy.samberg@clydeco.us
DANIEL MALDONADO. State Bar No. 018483
daniel.maldonado@clydeco.us
CLYDE & CO US LLP
2801 E. Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (213) 358-7648
(213) 358-7639
Facsimile: (213) 358-7650

Attorneys for Plaintiff Safeco Insurance Company of America



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Safeco Insurance Company of America, a New Hampshire corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Perry Huellmantel and Virginia Huellmantel, husband and wife, Jodi Mackenzie and Keith Mackenzie, individually and on behalf of their minor child K.M.,<br><br>Defendants | Case No.<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT** |

Safeco Insurance Company of America, for its Complaint against Perry and Virginia Huellmantel, and Jodi and Keith Mackenzie, individually and on behalf of their minor child K.M., alleges as follows.

**PARTIES**

1. Plaintiff Safeco Insurance Company of America ("Safeco") is a New Hampshire corporation with its headquarters and principal place of business located in Boston, Massachusetts.

CLYDE & CO US LLP
2801 E. Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (213) 358-7648

2. Defendant Perry Huellmantel is a resident of the State of Arizona.

3. Defendant Virginia Huellmantel is a resident of the State of Arizona.

4. Defendants Jodi and Keith Mackenzie, named individually and on behalf of their minor child K.M., are residents of the State of Arizona.

**JURISDICTION AND VENUE**

5. This is a declaratory judgment action under 28 U.S.C. §§ 2201-02 that arises out of certain claims against Perry and Virginia Huellmantel by Jodi and Keith Mackenzie, seeking in excess of $1,000,000 on behalf of their minor child K.M. Perry and Virginia Huellmantel have sought indemnity and defense for the Mackenzie's claims against them under several homeowners' policies issued by Safeco.

6. Jurisdiction is proper under 28 U.S.C. § 1332, in that there is complete diversity among the parties, and the amount in controversy, exclusive of interest and costs, is in excess of $75,000.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391, in that the alleged acts giving rise to this suit all occurred within the District of Arizona.

**GENERAL ALLEGATIONS**

8. On or about April 20, 2021, Jodi and Keith Mackenzie, individually and on behalf of their minor child K.M., initiated a civil lawsuit against Perry and Virginia Huellmantel in the Superior Court of Maricopa County, Arizona, Case Number CV2021-006434 (the "Underlying Lawsuit"). **Exhibit 1**.

9. In the Underlying Lawsuit, it was alleged that, between 2015 and 2019, Perry Huellmantel sexually molested the minor child K.M. **Exhibit 1, ¶ 6**.

10. In the Underlying Lawsuit, it was alleged that Perry Huellmantel plead guilty to, and was convicted of, multiple crimes against K.M. arising from some of the acts of molestation set forth in Maricopa County Cause Number CR2019-118822-001. **Exhibit 1, ¶ 7**.

11. Perry Huellmantel was charged with two counts of child molestation, a Class 2 dangerous felony under Arizona law, and four counts of sexual conduct with a minor, a

CLYDE & CO US LLP
2801 E. Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (213) 358-7648

Class 2 dangerous felony under Arizona law. All six counts related to the minor child, K.M., between 2015 and 2019, and who as of April 2019 was 14 years old. **Exhibit 2**.

12. Perry Huellmantel plead guilty to and was convicted on six counts, two of "Attempt to Commit Molestation of a Child" (A.R.S. § 13-1410, § 13-1001, and § 13-705), and four of "Attempt to Commit Sexual Conduct with a minor" (A.R.S. § 13-1405, § 13-1001, and § 13-705). **Exhibit 2**. The charges to which Mr. Huellmantel pled guilty related to "hands on victim's penis and testicles", "masturbatory conduct", and "mouth on victim's penis." **Exhibit 2**. Perry Huellmantel also agreed to register as a sex offender. **Exhibit 2, p. 8**.

13. In the Underlying Lawsuit, it was alleged that Virginia Huellmantel was negligent in the failure to prevent Perry Huellmantel from molesting the minor child K.M. **Exhibit 1, ¶ 8**.

14. In the Underlying Lawsuit, it was alleged that Jodi and Keith Mackenzie and their minor child K.M. suffered damages as a result of Perry and Virginia Huellmantel's conduct, and sought compensatory and punitive damages, fees, and costs. **Exhibit 1, ¶ 9-12**.

15. On or about May 21, 2021, the Huellmantel's personal attorney first notified Safeco of the Underlying Lawsuit and tendered defense of the Underlying Lawsuit to Safeco under certain homeowners' insurance policies issued to the Huellmantels from 2014 through 2019.

16. During the time-period of wrongdoing alleged in the Underlying Lawsuit, Safeco had issued seven homeowners insurance policies to the Huellmantels, specifically:

| Number | Period | State Issued |
|---|---|---|
| OY7266633 | April 8, 2014 – April 8, 2015 | Arizona |
| OY7266633 | April 8, 2015 – April 8, 2016 | Arizona |
| OK6204529 | Aug 1, 2014 – Aug 1, 2015 | Michigan |
| OK6204529 | Aug 1, 2015 – Aug 1, 2016 | Michigan |
| OK6204529 | Aug 1, 2016 – Aug 1, 2017 | Michigan |
| OK6204529 | Aug 1, 2017 – Aug 1, 2018 | Michigan |
| OK6204529 | Aug 1, 2018 – Aug 1, 2019 | Michigan |

CLYDE & CO US LLP
2801 E. Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (213) 358-7648

**Exhibits 3-9**. (Collectively the "Safeco Policies").[1]

17. Except for the effective periods, the resident premises and the limit of liability, the Safeco Policies are substantively identical as to the terms, conditions, limitations, and exclusions pertinent to the Underlying Lawsuit and this Declaratory Judgment Action. **Exhibits 3-9**.

18. The Safeco Policies provide:

**SECTION II — LIABILITY COVERAGES**

**LIABILITY LOSSES WE COVER**
**COVERAGE E — PERSONAL LIABILITY**

If a claim is made or a suit is brought against any insured for damages because of ***bodily injury*** or ***property damage*** caused by an ***occurrence*** to which this coverage applies, we will:

**1.** pay up to our limit of liability for the damages for which the insured is legally liable; and

**2.** provide a defense at our expense by counsel of our choice even if the allegations are groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the occurrence equals our limit of liability.

**COVERAGE F — MEDICAL PAYMENTS TO OTHERS**

We will pay the necessary medical expenses incurred or medically ascertained within three years from the date of an accident causing bodily injury. Medical expenses means reasonable charges for medical, surgical, X-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household other than ***residence employees.*** As to others, this coverage applies only:

[1] While collectively the "Safeco Policies", when referred to separately, the Policies issued in Arizona (OY7266633) will be referred to herein as the "Arizona Safeco Policies", and the Policies issued in Michigan (OK6294529) will be referred to herein as the "Michigan Safeco Policies".

CLYDE & CO US LLP
2801 E. Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (213) 358-7648

**1.** to a person on the ***insured location*** with the permission of any ***insured;*** or

**2.** to a person off the ***insured location,*** if the ***bodily injury:***

a. arises out of a condition on the ***insured location*** or the ways immediately adjoining;
b. is caused by the activities of any ***insured;***
c. is caused by a ***residence employee*** in the course of the ***residence employee's*** employment by ***any insured;*** or
d. is caused by an animal owned by or in the care of any ***insured.***

***

19. The Safeco Policies provide:

**LIABILITY LOSSES WE DO NOT COVER**

**1.** Coverage E — Personal Liability and Coverage F — Medical Payments to Others do not apply to ***bodily injury*** or ***property damage:***

***a.*** which is expected or intended by any ***insured*** or which is the foreseeable result of an act or omission intended by any ***insured;***
This exclusion applies even if:

(1) such ***bodily injury*** or ***property damage*** is of a different kind or degree than expected or intended; or
(2) such ***bodily injury*** or ***property damage*** is sustained by a different person, or persons, than expected or intended.

This exclusion does not apply to ***bodily injury*** resulting from the use of reasonable force by any ***insured*** to protect persons or property.

***

20. The Safeco Policies provide:

**LIABILITY LOSSES WE DO NOT COVER**

**1.** Coverage E — Personal Liability and Coverage F — Medical Payments to Others do not apply to ***bodily injury*** or ***property damage:***

***

**b.** which results from violation of criminal law committed by, or with the knowledge or consent of any ***insured.***

CLYDE & CO US LLP
2801 E. Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (213) 358-7648

This exclusion applies whether or not any ***insured*** is charged or convicted of a violation of criminal law, or local or municipal ordinance.

***

21. The Safeco Policies provide:

**LIABILITY LOSSES WE DO NOT COVER**

**1.** Coverage E — Personal Liability and Coverage F — Medical Payments to Others do not apply to ***bodily injury*** or ***property damage:***

* * *

**k.** arising out of physical or mental abuse, sexual molestation or sexual harassment.

***

22. The Safeco Policies provide:

**POLICY DEFINITIONS**

* * *

**3.** In addition, certain words and phrases are defined as follows:

* * *

**b.** ***"Bodily injury"*** means bodily harm, sickness, or disease, including required care, loss of services and death resulting therefrom.

* * *

**i.** ***"Occurrence"*** means an accident, including exposure to conditions which results in:

***(1)bodily injury;*** or
***(2)property damage;***

* * *

CLYDE & CO US LLP
2801 E. Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (213) 358-7648

23. On June 27, 2021, Safeco denied any duty to defend or indemnify Perry or Virginia Huellmantel in the Underlying Lawsuit under the Michigan Safeco Policies. **Exhibit 10**.

24. On June 28, 2021, Safeco denied any duty to defend or indemnify Perry or Virginia Huellmantel in the Underlying Lawsuit under the Arizona Safeco Policies. **Exhibit 11**.

**COUNT I**
**DECLARATORY JUDGMENT**
**(PERRY HUELLMANTEL)**

25. Safeco incorporates Paragraphs 1 through 24 of the Complaint as though fully set forth and stated herein.

26. Perry Huellmantel pled guilty and was convicted of six counts total of "Attempt to Commit Molestation of a Child" and "Attempt to Commit Sexual Conduct with a minor" arising from the acts of molestation against K.M. alleged in the Underlying Lawsuit. ***Supra,* ¶ 12**.

27. A person commits molestation of a child by intentionally or knowingly engaging in or causing a person to engage in sexual contact, except sexual contact with the female breast, with a child who is under fifteen years of age. A.R.S. § 13-1410.

28. A person commits sexual conduct with a minor by intentionally or knowingly engaging in sexual intercourse or oral sexual contact with any person who is under eighteen years of age. A.R.S. § 13-1405.

29. Molestation of a child and sexual conduct with a minor are Class 2 felonies. § 13-1405; A.R.S. § 13-1410.

30. A person commits *attempt* if, acting with the kind of culpability otherwise required for commission of an offense, such person:

1. *Intentionally* engages in conduct which would constitute an offense if the attendant circumstances were as such person believes them to be; or

/ / /

/ / /

CLYDE & CO US LLP
2801 E. Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (213) 358-7648

> 2. *Intentionally* does or omits to do anything which, under the circumstances as such person believes them to be, is any step in a course of conduct planned to culminate in commission of an offense…

A.R.S. § 13-1001 (emphasis added).

31. Perry Huellmantel pled guilty to intentional and knowing acts of sexual and molestation conduct, which are criminal acts under Arizona law, and for which he was convicted in the State of Arizona, Maricopa County. **Exhibit 2**.

32. Section 13-807 of the Arizona Revised Statutes provides in pertinent part:

> a defendant who is convicted in a criminal proceeding is precluded from subsequently denying in any civil proceeding brought by the victim or this state against the criminal defendant the essential allegations of the criminal offense of which he was adjudged guilty, including judgments of guilt resulting from no contest pleas.

33. The Safeco Policies provide coverage for damages and defense because of bodily injury or property damages caused by an occurrence. ***Supra,* ¶ 18**.

34. There are no allegations of or related to "property damage" in the Underlying lawsuit.

35. The allegations in the Underlying Lawsuit all relate to bodily injury to the minor child K.M. resulting from and arising out of the intentional and knowing sexual molestation and criminal conduct of Perry Huellmantel.

36. The Safeco Policies define and "occurrence" as "an accident, including exposure to conditions which results in: (1) bodily injury…" ***Supra,* ¶ 22**.

37. Under Arizona law in the context of insurance policies, the term "accident" means "an unforeseen and unplanned event"; "an undesigned, sudden, and unexpected event, usually of an afflictive or unfortunate character, which results in bodily injury neither expected nor intended from the standpoint of the insured." *Cincinnati Indem. Co. v. Sw. Line Constructors Joint Apprenticeship & Training Program*, 422 P.3d 1086, 1088 (Ariz. App. 2018); *W. Cas. & Sur. Co. v. Hays*, 162 Ariz. 61, 781 P.2d 38, 40 (Ariz. App. 1989); *Century Mut. Ins. Co. v. So. Ariz. Aviation, Inc.*, 446 P.2d 490, 492 (Ariz. App. 1968); *Fall v. First Mercury Ins. Co.*, 225 F. Supp. 3d 842, 849 (D. Ariz. 2016).

CLYDE & CO US LLP
2801 E. Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (213) 358-7648

38. Under Michigan law in the context of insurance policies, the term "accident" means "an undesigned contingency, a casualty, a happening by chance, something out of the usual course of things, unusual, fortuitous, not anticipated, and not naturally to be expected." *Grp. Ins. Co. of Michigan v. Czopek*, 489 N.W.2d 444, 447 (Mich. 1992).

39. The intentional and knowing acts of Perry Huellmantel were not an "accident" as defined by Arizona and Michigan law, and therefore, not an "occurrence" under the Safeco Policies.

40. The Safeco Policies provide Personal Liability and Medical Payments coverage do not apply to bodily injury which is expected or intended by any insured. ***Supra*, ¶ 19**.

41. The acts of Perry Huellmantel were intentional and knowing.

42. It is an irrebuttable presumption that a person who commits child molestation intends to harm the victim under both Arizona and Michigan law. *Republic Ins. Co. v. Feidler*, 875 P.2d 187, 190 (Ariz. App.1993); *St. Paul Property & Liab. Ins. Co. v. Eymann*, 802 P.2d 1043, 1048 (Ariz. App.1990); *State Farm Fire & Casualty Co. v. Doe*, 797 P.2d 718, 720 (Ariz. App.1990); *Twin City Fire Ins. Co. v. Doe*, 788 P.2d 121, 123 (Ariz. App.1989); *Fire Ins. Exch. v. Diehl*, 545 N.W.2d 602, 607 (Mich. 1996), *overruled in part on other ground by Wilkie v. Auto-Owners Ins. Co.*, 664 N.W.2d 776 (Mich. 2003); *Weekley v. Jameson*, 561 N.W.2d 408, 410 (Mich. App. 1997); *Keely v. Fire Ins. Exch.*, 833 F. Supp. 2d 722, 727 (E.D. Mich. 2011).

43. The Safeco Policies provide Personal Liability and Medical Payments coverage do not apply to bodily injury which results from violation of criminal law committed by, or with the knowledge or consent of any insured. ***Supra*, ¶ 20**.

44. Perry Huellmantel pled guilty and was convicted of criminal acts. ***Supra*, ¶ 12**.

45. The Safeco Policies provide Personal Liability and Medical Payments coverage do not apply to bodily injury arising out of physical or mental abuse, sexual molestation, or sexual harassment. ***Supra*, ¶ 21**.

CLYDE & CO US LLP
2801 E. Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (213) 358-7648

46. The "bodily injury" and resulting damages being asserted in the Underlying Lawsuit arise out of the sexual molestation and physical and mental abuse of the minor child K.M. by Perry Huellmantel.

47. By the clear, explicit terms of the Safeco Policies, there is no potential for coverage for Perry Huellmantel in the Underlying Lawsuit.

**COUNT II**
**DECLARATORY JUDGMENT**
**(VIRGINIA HUELLMANTEL)**

48. Safeco incorporates Paragraphs 1 through 47 of the Complaint as though fully set forth and stated herein.

49. There is no allegation in the Underlying Lawsuit that Virginia Huellmantel personally abused or assaulted the minor child. However, the claims of negligence against Virginia Huellmantel are derivative of Perry Huellmantel's intentional and criminal acts and no coverage exists for her under the Safeco Policies.

50. The Safeco Policies' "intentional acts" exclusion provides Personal Liability and Medical Payments coverage does not apply to bodily injury which is expected or intended by "any insured." ***Supra,* ¶ 19**.

51. The Safeco Policies' "violation of criminal law" exclusion provides Personal Liability and Medical Payments coverage does not apply to bodily injury which results from violation of criminal law committed by "any insured." ***Supra,* ¶ 20**.

52. Virginia Huellmantel's husband Perry, a Named Insured on the Safeco Policies, pled guilty to, and was convicted of, expected and intentional acts that were in violation of criminal law. **Exhibit 2**.

53. The Safeco Policies provide Personal Liability and Medical Payments coverage do not apply to bodily injury arising out of physical or mental abuse, sexual molestation, or sexual harassment. ***Supra,* ¶ 21**.

54. The bodily injury to the minor child K.M., and all resulting damages being sought by K.M., Jodi and Keith Mackenzie in the Underlying Lawsuit, arise out of Perry Huellmantel's sexual molestation and physical and mental abuse of K.M.

55. As a result of all the foregoing, there is no coverage under the Safeco Policies for Virginia Huellmantel.

## PRAYER FOR RELIEF

WHEREFORE, Safeco respectfully requests this Honorable Court enter judgment in its favor and against Defendants, declaring Safeco has no duty to defend or indemnify Perry Huellmantel or Virginia Huellmantel in the Underlying Lawsuit, more specifically:

a. There was no "occurrence" as defined by the Safeco Policies that would trigger any duty to defend or indemnify Perry Huellmantel in the Underlying Lawsuit;

b. Coverage under the Safeco Policies is excluded as to both Perry Huellmantel and Virginia Huellmantel by the expected and intended exclusion, and therefore, no duty to defend or indemnify Perry Huellmantel or Virginia Huellmantel in the Underlying Lawsuit exists;

c. Coverage under the Safeco Policies is excluded as to both Perry Huellmantel and Virginia Huellmantel by the violation of criminal law exclusion, and therefore, no duty to defend or indemnify Perry Huellmantel or Virginia Huellmantel in the Underlying Lawsuit exists;

d. Coverage under the Safeco Policies is excluded as to both Perry Huellmantel and Virginia Huellmantel by the physical or mental abuse, sexual molestation exclusion, and therefore, no duty to defend or indemnify Perry Huellmantel or Virginia Huellmantel in the Underlying Lawsuit exists,

e. Attorneys fees and costs pursuant to A.R.S. §12-341 and §12-341.01 and for such other relief as the Court deems just and appropriate.

/ / /

/ / /

/ / /

/ / /

/ / /

CLYDE & CO US LLP
2801 E. Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (213) 358-7648

CLYDE & CO US LLP
2801 E. Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (213) 358-7648

Dated this 22nd day of September, 2021.

CLYDE & CO US LLP

By: *s/ Amy M. Samberg*
Amy M. Samberg
Daniel Maldonado
Attorneys for Plaintiff Safeco Insurance Company of America