# EXHIBIT 1

Clerk of the Superior Court
*** Electronically Filed ***
J. Nelson, Deputy
4/20/2021 1:48:37 PM
Filing ID 12796917

SANDWEG & AGER, P.C.
John P. Ager, #018199
1221 E. Osborn Road, Suite 100
Phoenix, Arizona 85014-5540
Telephone: (602) 648-3200
Facsimile: (602) 648-3208
E-mail: jpa@sa-firm.com
Attorneys for Plaintiffs

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

JODI MACKENZIE and KEITH MACKENZIE, individually and on behalf of their minor child K.M.,

Plaintiffs,

v.

PERRY HUELLMANTEL and VIRGINIA HUELLMANTEL, husband and wife,

Defendants.

**CASE NO: CV2021-006434**

**COMPLAINT**

**Tier 3**

Plaintiffs allege as follows.

1. Plaintiffs Jodi MacKenzie, Keith MacKenzie and K.M. reside in Phoenix, Arizona.

2. Defendants Perry Huellmantel and Virginia Huellmantel reside in Scottsdale, Arizona.

3. Defendants have caused acts to occur in Maricopa County, Arizona out of which Plaintiffs' claims arise.

4. Defendants were acting on behalf of their marital community at all times relevant to this Complaint.

5. Jurisdiction and venue are appropriate.

6. Defendant Perry Huellmantel molested Plaintiff K.M. between 2015 and 2019.

7. Defendant Perry Huellmantel plead guilty to, and was convicted of, multiple crimes against K.M. arising from some of the acts of molestation as set forth in Maricopa County Cause Number CR2019-118822-001.

8. Defendant Virginia Huellmantel negligently failed to prevent Defendant Perry Huellmantel from molesting Plaintiff K.M.

9. Plaintiffs suffered damages as a direct and proximate result Defendants' conduct.

10. Plaintiffs are entitled to an award of punitive damages.

11. Plaintiffs are entitled to the taxable costs incurred in prosecuting this lawsuit.

12. Plaintiffs' damages qualify this case for an assignment to Tier 3 pursuant to Arizona Rules of Civil Procedure, Rule 26.2(c)(3).

WHEREFORE, Plaintiffs ask that judgment be entered against Defendants in a just and fair amount, for the taxable costs incurred in prosecuting this lawsuit, and for such other relief as justice requires.

Dated: April 20, 2021.

SANDWEG & AGER, P.C.

By /s/ John P. Ager

John P. Ager
1221 E. Osborn Road, Suite 100
Phoenix, Arizona 85014-5540
Attorneys for Plaintiffs

SANDWEG & AGER P.C. LAWYERS