# EXHIBIT 10

Safeco Insurance™
A Liberty Mutual Company

Mailing Address:
PO box 5014
Scranton, PA 18505-5014

Phone: (847) 396-7102
Fax: (888) 268-8840

June 27, 2021

Mr. Daniel Torrens
Portmeirion Law Offices
3131 E. Clarendon Ave., Suite 107
Phoenix, AZ 85016-7069
**Sent via e-mail dan@portmeirionlaw.com**

| | |
|---|---|
| Insured Name: | Perry and Virginia Huellmantel |
| Person Seeking Coverage: | VirginiaHuellmanel |
| Policy Number: | OK6204529 |
| Plaintiffs: | Jodi and Keith Mackenzie |
| Claim Number: | 045691835 |
| Lawsuit Caption: | Jodi Mackenzie and Keith Mackenzie, individually and on behalf of their Minor Child K.M. v. Perry and Virginia Huellmantel |
| U/W Company: | Safeco Insurance Company of America |

Dear Mr. Torrens:

This letter confirms receipt of the above-referenced lawsuit ("Lawsuit"), in which your client Virginia Huellmantel is named as a defendant. . This letter will address Safeco Insurance Company of America's ("Safeco's") coverage position with respect to Ms. Huellmantel based on certain policies identified below that Safeco issued to Perry and Virginia Huellmantel for an insured location in Southfield, MI. Coverage for Ms. Huellmantel under policies issued by Safeco for an insured location in Scottsdale, AZ will be addressed by a separate letter.

As more fully described in this letter, we deny coverage for the Lawsuit and will not participate in Ms. Huellmantel's defense.

**THE LAWSUIT**

The Complaint in this matter was filed by Jodi Mackenzie and Keith Mackenzie individually and on behalf of their minor child K.M. in the Superior Court of the State of Arizona for the County of Maricopa. The Complaint names as defendants both Perry and Virginia Huellmantel. The Complaint alleges that Perry and Virginia are married and

that Plaintiffs' claims arise out of acts taking place in Maricopa County, AZ. The Complaint alleges further as follows:

6. Defendant Perry Huellmantel molested Plaintiff K.M. between 2015 and 2019.

7. Defendant Perry Huellmantel plead guilty to, and was convicted of, multiple crimes against K.M. arising from some of the acts of molestation…

8. Defendant Virginia Huellmantel negligently failed to prevent Defendant Perry Huellmantel from molesting Plaintiff K.M.

9. Plaintiffs suffered damages as a direct and proximate result [of] Defendants' conduct.

10. Plaintiffs are entitled to an award of punitive damages.

## ADDITIONAL BACKGROUND INFORMATION

We are aware of a criminal case filed against Perry Huellmantel related to the sexual molestation alleged in the Lawsuit. Records from that criminal case indicate that Perry Huellmantel was indicted by a grand jury in June of 2019 for three counts of sexual contact with a minor (dates 11/1/15 and 7/1/18) and two counts of molestation of a child (dates 11/1/15 and 4/19/2019). Records indicate that Perry Huellmantel pled guilty on 12/10/20 to a reduced charge.

## THE INSURANCE POLICY

Safeco Insurance Company of America issued the following Homeowners Policy to Perry and Virginia Huellmantel insuring 25180 Waycross, Southfield, MI:

- Policy No: OK6204529
- Policy Periods: 8/1/2014-8/1/2015; 8/1/2015-8/1/2016; 8/1/2016-8/1/2017; 8/1/2017-8/1/2018; 8/1/2018-8/1/2019; 8/1/2019-8/1/2020.
- Relevant Forms: HOM-7030/MIEP 4/10 Limits: Coverage E – Personal Liability -- $300,000 per occurrence

The pertinent policy provisions are quoted below.

DEFINITIONS
***
**b.** ***"Bodily injury"*** means bodily harm, sickness or disease, including required care, loss of services and death resulting therefrom.
***

**i.** ***"Occurrence"*** means an accident, including exposure to conditions which results in:
(1) bodily injury; or
(2) property damage;
during the policy period. Repeated or continuous exposure to the same general conditions is considered to be one ***occurrence.***

***

SECTION II — LIABILITY COVERAGES

COVERAGE E — PERSONAL LIABILITY

If a claim is made or a suit is brought against any insured for damages because of ***bodily injury*** or ***property damage*** caused by an ***occurrence*** to which this coverage applies, we will:

**1.** pay up to our limit of liability for the damages for which the ***insured*** is legally liable; and

**2.** provide a defense at our expense by counsel of our choice even if the allegations are groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the ***occurrence*** equals our limit of liability.

LIABILITY LOSSES WE DO NOT COVER

**1.** Coverage E — Personal Liability and Coverage F — Medical Payments to Others do not apply to ***bodily injury*** or ***property damage***:

**a.** which is expected or intended by any ***insured*** or which is the foreseeable result of an act or omission intended by any ***insured;***
This exclusion applies even if:
**(1)** such ***bodily injury*** or ***property damage*** is of a different kind or degree than expected or intended; or
**(2)** such ***bodily injury*** or ***property damage*** is sustained by a different person, or persons, than expected or intended.
This exclusion does not apply to ***bodily injury*** resulting from the use of reasonable force by any ***insured*** to protect persons or property.

**b.** which results from violation of criminal law committed by, or with the knowledge or consent of any ***insured.***
This exclusion applies whether or not any ***insured*** is charged or convicted of a violation of criminal law, or local or municipal ordinance.

***

**k.** arising out of physical or mental abuse, sexual molestation, or sexual harassment.

The Policy is incorporated by reference into this letter in its entirety. Although we have attempted to include all of the policy provisions that we believe are pertinent to this matter, the provisions set forth above in no way replace the provisions of the actual Policy issued. If you have any questions regarding the terms contained in the applicable Policy, you should refer to the Policy itself. To the extent there is any discrepancy between this letter and the Policy, the Policy controls.

**OUR COVERAGE DETERMINATION**

Based upon the information available to date, the grounds for our denial of coverage under the Policy, or under applicable law, with respect to the Lawsuit, includes, but is not limited to, the following:

- The Policy is subject to all of the terms, conditions, provisions, exclusions, definitions, endorsements, and limits of liability contained in such Policy, which are enforceable as written.

- The Policy potentially applies to **bodily injury** or **property damage** caused by an **occurrence,** defined by the Policy as an accident. Here, the Lawsuit alleges that the Plaintiff sustained injuries as the result of the intentional sexual molestation allegedly perpetrated upon her by Perry Huellmantel. The Lawsuit does not allege injuries that were accidentally caused. To the extent that this matter does not involve **bodily injury** caused by an **occurrence**, there is no insurance coverage for the claimed injury.

- Pursuant to exclusion 1(a), **Coverage E – Personal Liability and Coverage F – Medical Payments to Others** do not apply **bodily injury** or **property damage** which is expected or intended by any **insured** or which is the foreseeable result of an act or omission intended by any **insured**. Here, the Lawsuit alleges that Plaintiff sustained injuries as the result of the intentional sexual molestation allegedly perpetrated upon her by Perry Huellmantel. Under applicable law, the perpetrator of sexual assault or molestation upon a child intends any injury that results. In addition, such injury was the foreseeable result of Perry Huellmantel's intentional acts. As such, the Lawsuit involves alleged injury expected or intended by Perry Huellmantel – an insured on the Policy. In addition, the exclusion operates to bar coverage for all insureds if the alleged injury was expected or intended by "any insured". Thus, because the Lawsuit alleges bodily injury expected and intended by Perry Huellmantel (an insured on the Policy), the exclusion operates to bar coverage for Virginia Huellmantel as well. Since the alleged **bodily injury** was expected or intended by any **insured**, there is no coverage for Virginia Huellmantel with respect to that injury

- Pursuant to exclusion 1(b), **Coverage E – Personal Liability and Coverage F – Medical Payments to Others** do not apply to **bodily injury** or **property damage** which results from violation of criminal law committed by, or with the knowledge or consent of any **insured**. Here, the Plaintiff alleges injuries caused by sexual molestation committed by Perry Huellmantel. That alleged sexual molestation of a child constitutes a violation of criminal law alleged to have been committed by an insured (Perry Huellmantel). In addition, we understand that Perry Huellmantel was arrested and charged in connection with the alleged sexual molestation of the Plaintiff and ultimately pled guilty in connection with certain of those charges. Again, the exclusion operates to bar coverage for all insureds if the alleged injury results from violation of criminal law committed by any insured. Since the alleged **bodily injury** results from such violation of criminal law by an insured, there is no coverage for Virginia Huellmantel with respect to that injury

- **Coverage E – Personal Liability and Coverage F – Medical Payments to Others** do not apply to **bodily injury** or **property damage** which arises out of physical or mental abuse, sexual molestation, or sexual harassment. This exclusion operates to bar coverage with respect to all bodily injury caused by sexual molestation or abuse without regard to who committed the acts of molestation or abuse. Here, all the injuries Plaintiff alleges in the Lawsuit are alleged to have been caused by sexual molestation and physical abuse. Since the alleged **bodily injury** arose out sexual molestation and physical abuse, there is no coverage for such injury.

Based on these grounds, we will not participate in Ms. Huellmantel's defense for the Lawsuit or pay any amounts in settlement of the Lawsuit or to satisfy any settlement achieved or judgment rendered against him in the Lawsuit.

While we have sought to identify and address above all relevant insurance coverage considerations, the foregoing specificity is not intended and should not be construed as a waiver of any other right or basis which we may have to deny coverage, and we reserve all rights in this regard.

If you have any additional information you would like us to consider concerning this Lawsuit, please forward it to us. Also, should an amended Lawsuit be filed against Ms. Huellmantel please forward it to us immediately so that we may determine our obligations to him based on the amended pleading.

Should you have any questions or comments concerning this letter, please feel free to call or email me. My contact information is below.

Sincerely,

Mark Baker

Mark Baker
Safeco Insurance Company of America
(847) 396-7102 Fax: (888) 268-8840
mark.baker@libertymutual.com

Safeco Insurance™
A Liberty Mutual Company

Mailing Address:
PO box 5014
Scranton, PA 18505-5014

Phone: (847) 396-7102
Fax: (888) 268-8840

June 27, 2021

Mr. Daniel Torrens
Portmeirion Law Offices
3131 E. Clarendon Ave., Suite 107
Phoenix, AZ 85016-7069
**Sent via e-mail dan@portmeirionlaw.com**

| | |
|---|---|
| Insured Name: | Perry and Virginia Huellmantel |
| Person Seeking Coverage: | Perry Huellmanel |
| Policy Number: | OK6204529 |
| Plaintiffs: | Jodi and Keith Mackenzie |
| Claim Number: | 045691835 |
| Lawsuit Caption: | Jodi Mackenzie and Keith Mackenzie, individually and on behalf of their Minor Child K.M. v. Perry and Virginia Huellmantel |
| U/W Company: | Safeco Insurance Company of America |

Dear Mr. Torrens:

This letter confirms receipt of the above-referenced lawsuit ("Lawsuit"), in which your client Perry Huellmantel is named as a defendant. . This letter will address Safeco Insurance Company of America's ("Safeco's") coverage position with respect to Mr. Huellmantel based on certain policies identified below that Safeco issued to Perry and Virginia Huellmantel for an insured location in Southfield, MI. Coverage for Mr. Huellmantel under policies issued by Safeco for an insured location in Scottsdale, AZ will be addressed by a separate letter.

As more fully described in this letter, we deny coverage for the Lawsuit and will not participate in Mr. Huellmantel's defense.

**THE LAWSUIT**

The Complaint in this matter was filed by Jodi Mackenzie and Keith Mackenzie individually and on behalf of their minor child K.M. in the Superior Court of the State of Arizona for the County of Maricpoa. The Complaint names as defendants both Perry and Virginia Huellmantel. The Complaint alleges that Perry and Virginia are married and

that Plaintiffs' claims arise out of acts taking place in Maricopa County, AZ. The Complaint alleges further as follows:

6. Defendant Perry Huellmantel molested Plaintiff K.M. between 2015 and 2019.

7. Defendant Perry Huellmantel plead guilty to, and was convicted of, multiple crimes against K.M. arising from some of the acts of molestation…

8. Defendant Virginia Huellmantel negligently failed to prevent Defendant Perry Huellmantel from molesting Plaintiff K.M.

9. Plaintiffs suffered damages as a direct and proximate result [of] Defendants' conduct.

10. Plaintiffs are entitled to an award of punitive damages.

**ADDITIONAL BACKGROUND INFORMATION**

We are aware of a criminal case filed against Perry Huellmantel related to the sexual molestation alleged in the Lawsuit. Records from that criminal case indicate that Perry Huellmantel was indicted by a grand jury in June of 2019 for three counts of sexual contact with a minor (dates 11/1/15 and 7/1/18) and two counts of molestation of a child (dates 11/1/15 and 4/19/2019). Records indicate that Perry Huellmantel pled guilty on 12/10/20 to a reduced charge.

**THE INSURANCE POLICY**

Safeco Insurance Company of America issued the following Homeowners Policy to Perry and Virginia Huellmantel insuring 25180 Waycross, Southfield, MI:

- Policy No: OK6204529
- Policy Periods: 8/1/2014-8/1/2015; 8/1/2015-8/1/2016; 8/1/2016-8/1/2017; 8/1/2017-8/1/2018; 8/1/2018-8/1/2019; 8/1/2019-8/1/2020.
- Relevant Forms: HOM-7030/MIEP 4/10 Limits: Coverage E – Personal Liability -- $300,000 per occurrence

The pertinent policy provisions are quoted below.

DEFINITIONS
***
**b.** ***"Bodily injury"*** means bodily harm, sickness or disease, including required care, loss of services and death resulting therefrom.
***

**i.** ***"Occurrence"*** means an accident, including exposure to conditions which results in:
(1) bodily injury; or
(2) property damage;
during the policy period. Repeated or continuous exposure to the same general conditions is considered to be one ***occurrence.***

***

SECTION II — LIABILITY COVERAGES

COVERAGE E — PERSONAL LIABILITY

If a claim is made or a suit is brought against any insured for damages because of ***bodily injury*** or ***property damage*** caused by an ***occurrence*** to which this coverage applies, we will:

**1.** pay up to our limit of liability for the damages for which the ***insured*** is legally liable; and
**2.** provide a defense at our expense by counsel of our choice even if the allegations are groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the ***occurrence*** equals our limit of liability.

LIABILITY LOSSES WE DO NOT COVER

**1.** Coverage E — Personal Liability and Coverage F — Medical Payments to Others do not apply to ***bodily injury*** or ***property damage***:

**a.** which is expected or intended by any ***insured*** or which is the foreseeable result of an act or omission intended by any ***insured;***
This exclusion applies even if:
**(1)** such ***bodily injury*** or ***property damage*** is of a different kind or degree than expected or intended; or
**(2)** such ***bodily injury*** or ***property damage*** is sustained by a different person, or persons, than expected or intended.
This exclusion does not apply to ***bodily injury*** resulting from the use of reasonable force by any ***insured*** to protect persons or property.

**b.** which results from violation of criminal law committed by, or with the knowledge or consent of any ***insured.***
This exclusion applies whether or not any ***insured*** is charged or convicted of a violation of criminal law, or local or municipal ordinance.

***

**k.** arising out of physical or mental abuse, sexual molestation or sexual harassment.

The Policy is incorporated by reference into this letter in its entirety. Although we have attempted to include all of the policy provisions that we believe are pertinent to this matter, the provisions set forth above in no way replace the provisions of the actual Policy issued. If you have any questions regarding the terms contained in the applicable Policy, you should refer to the Policy itself. To the extent there is any discrepancy between this letter and the Policy, the Policy controls.

**OUR COVERAGE DETERMINATION**

Based upon the information available to date, the grounds for our denial of coverage under the Policy, or under applicable law, with respect to the Lawsuit, includes, but is not limited to, the following:

- The Policy is subject to all of the terms, conditions, provisions, exclusions, definitions, endorsements and limits of liability contained in such Policy, which are enforceable as written.

- The Policy potentially applies to **bodily injury** or **property damage** caused by an **occurrence,** defined by the Policy as an accident. Here, the Lawsuit alleges that the Plaintiff sustained injuries as the result of the intentional sexual molestation allegedly perpetrated upon her by Perry Huellmantel. The Lawsuit does not allege injuries that were accidentally caused. Since that this matter does not involve **bodily injury** caused by an **occurrence**, there is no insurance coverage for the claimed injury.

- Pursuant to exclusion 1(a), **Coverage E – Personal Liability and Coverage F – Medical Payments to Others** do not apply **bodily injury** or **property damage** which is expected or intended by any **insured** or which is the foreseeable result of an act or omission intended by any **insured**. Here, the Lawsuit alleges that Plaintiff sustained injuries as the result of the intentional sexual molestation allegedly perpetrated upon her by Perry Huellmantel. Under applicable law, the perpetrator of sexual assault or molestation upon a child intends any injury that results. In addition, such injury was the foreseeable result of Perry Huellmantel's intentional acts. As such, the Lawsuit involves alleged injury which is expected or intended by Perry Huellmantel and which was the foreseeable result of acts intended by Perry Huellmantel. Since the alleged **bodily injury** was expected or intended by any **insured**, there is no coverage for such injury.

- Pursuant to exclusion 1(b), **Coverage E – Personal Liability and Coverage F – Medical Payments to Others** do not apply to **bodily injury** or **property damage** which results from violation of criminal law committed by, or with the knowledge

or consent of any **insured**. Here, the Plaintiff alleges injuries caused by sexual molestation committed by Perry Huellmantel. That alleged sexual molestation of a child constitutes a violation of criminal law alleged to have been committed by Mr. Huellmantel. In addition, we understand that Perry Huellmantel was arrested and charged in connection with the alleged sexual molestation of the Plaintiff and ultimately pled guilty in connection with certain of those charges. Since the alleged **bodily injury** results from such violation of criminal law by an insured, there is no coverage with respect to that injury.

- Pursuant to exclusion 1(k), **Coverage E – Personal Liability and Coverage F – Medical Payments to Others** do not apply to **bodily injury** or **property damage** which arises out of physical or mental abuse, sexual molestation or sexual harassment. Here, all of the injuries Plaintiff alleges in the Lawsuit are alleged to have been caused by sexual molestation and physical abuse. Since the alleged **bodily injury** arose out sexual molestation and physical abuse, there is no coverage for such injury.

Based on these grounds, we will not participate in Mr. Huellmantel's defense for the Lawsuit or pay any amounts in settlement of the Lawsuit or to satisfy any settlement achieved or judgment rendered against him in the Lawsuit.

While we have sought to identify and address above all relevant insurance coverage considerations, the foregoing specificity is not intended and should not be construed as a waiver of any other right or basis which we may have to deny coverage, and we reserve all rights in this regard.

If you have any additional information you would like us to consider concerning this Lawsuit, please forward it to us. Also, should an amended Lawsuit be filed against Mr. Huellmantel please forward it to us immediately so that we may determine our obligations to him based on the amended pleading.

Should you have any questions or comments concerning this letter, please feel free to call or email me. My contact information is below.

Sincerely,

Mark Baker
Safeco Insurance Company of America
(847) 396-7102 Fax: (888) 268-8840
mark.baker@safeco.com