AMY M. SAMBERG, State Bar No. 013874
amy.samberg@clydeco.us
DANIEL MALDONADO. State Bar No. 018483
daniel.maldonado@clydeco.us
CLYDE & CO US LLP
400 E. Van Buren Street, Suite 440
Phoenix, Arizona 85004
Telephone: (480) 746-4580
Facsimile: (480) 746-4556

Attorneys for Plaintiff Safeco Insurance Company of America

CLYDE & CO US LLP
400 E Van Buren Street, Suite 440
Phoenix, Arizona 85004
Telephone: (480) 746-4580

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Safeco Insurance Company of America, a New Hampshire corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Perry Huellmantel and Virginia Huellmantel, husband and wife, Jodi Mackenzie and Keith Mackenzie, individually and on behalf of their minor child K.M.,<br><br>Defendants | Case No. 2:21-cv001634-MTL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Safeco Insurance Company of America, by and through undersigned counsel, hereby dismisses its action against Defendants, with prejudice, and with the parties to bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

CLYDE & CO US LLP
400 E Van Buren Street, Suite 440
Phoenix, Arizona 85004
Telephone: (480) 746-4580

Dated this 20th day of April, 2022

CLYDE & CO US LLP

By: *s/ Amy M. Samberg*
Amy M. Samberg
Daniel Maldonado
Attorneys for Plaintiff Safeco Insurance Company of America

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John P. Ager, Esq.
1221 E. Osborn Road, Suite 100
Phoenix, AZ 85014
jpa@sa-firm.com
Attorneys for Defendants MacKenzie

By: *s/ Brenda Uran*